EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2010 TSPR 102 |
| Rossana Miranda Morales | 179 DPR _____ |

Número del Caso: TS-10,226

Fecha: 18 de junio de 2010

Abogada de la parte peticionaria:

        Por derecho propio

Materia: Reinstalación al Ejercicio de la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Rossana Miranda Morales                    TS-10,226

RESOLUCION

San Juan, Puerto Rico, a 18 de junio de 2010.

Examinada la petición de la Lcda. Rossana Miranda Morales, se autoriza su reinstalación al ejercicio de la notaría.

Se le recuerda a la abogada que en el ejercicio de la notaría deberá cumplir estrictamente con el ordenamiento correspondiente.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rivera Pérez no intervino.


                         Aida I. Oquendo Graulau
                    Secretaria del Tribunal Supremo